B. JAMES FITZPATRICK (Bar No.129056)
CHARLES SWANSTON (Bar No.181882)
FITZPATRICK, SPINI & SWANSTON
Attorneys at Law
838 South Main Street, Suite E
Salinas, California 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319

Attorneys for Plaintiffs, FELISA ESTRADA and SERGIO ZAMORA

**IT IS SO ORDERED**
Judge James Ware
1/22/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FELISA ESTRADA and SERGIO ZAMORA, individually and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SALYER AMERICAN, a California Corporation; SALYER AMERICAN FRESH FOODS, INC., a California Corporation; SK FOODS, L.P., a California Limited Partnership; SK FROZEN FOODS, LLC, a California Limited Liability Company; THE SCOTT SALYER REVOCABLE TRUST; RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation; SCOTT SALYER, individually and doing business as SALYER AMERICAN; BANK OF THE WEST, a California banking Corporation; AGSTAR FINANCIAL SERVICES, PCA/FLCA; FCS FINANCIAL, PCA; STEVE FRANSON; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 09-05618 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PARTIES** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), plaintiffs voluntarily dismiss from the above-captioned action, defendants SK FOODS, L.P and RHM INDUSTRIAL/SPECIALTY FOODS, INC without prejudice. All parties are to bear their own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Date: January 19, 2010 | FITZPATRICK, SPINI & SWANSTON |
| 2 | | |
| 3 | | /s/<br>CHARLES SWANSTON |
| 4 | | Attorneys for Plaintiffs<br>FELISA ESTRADA and SERGIO ZAMORA |

IT IS SO ORDERED:

The Clerk shall terminate defendants SK FOODS, L.P and RHM INDUSTRIAL/SPECIALTY FOODS, INC. from the docket.

Dated: January 22, 2010

_____
United States District Judge

# CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action; my business address is FITZPATRICK, SPINI & SWANSTON, 838 S. Main Street, Suite E, Salinas, California 93901.

On January 19, 2010, I served the foregoing document(s), described as

**NOTICE OF VOLUNTARY DISMISSAL OF PARTIES**

on the interested parties in this action by placing a true copy thereof enclosed in a parcel and addressed as indicated below and by the following means:

| | |
|---|---|
| SK Foods, LP<br>c/o F. Scott Salyer<br>1175 19th Avenue<br>Lemoore, CA 93245 | RHM Industrial/Specialty Foods, Inc.<br>c/o Richard B. Washburn<br>1175 19th Avenue<br>Lemore, CA 93245 |

XX _____ **(BY MAIL)** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

_____ **(BY OVERNIGHT DELIVERY)** I enclosed the document(s) in an envelope or package and addressed to the person(s) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

_____ **(BY PERSONAL SERVICE)** I caused such document(s) to be delivered by hand to the office(s) of the addressee(s) during business hours.

_____ **(BY FACSIMILE)** I sent a true copy thereof via telephone facsimile transmission to the fax number(s) listed above. No error was reported by the fax machine that I used.

_____ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** By court order or by agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 19, 2010, at Salinas, California.

/s/
Gladys O. Rodriguez