B. JAMES FITZPATRICK (Bar No.129056)
CHARLES SWANSTON (Bar No.181882)
FITZPATRICK, SPINI & SWANSTON
Attorneys at Law
838 South Main Street, Suite E
Salinas, California 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319

Attorneys for Plaintiffs, FELISA ESTRADA and SERGIO ZAMORA

*IT IS SO ORDERED*
*Judge James Ware*
3/12/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FELISA ESTRADA and SERGIO ZAMORA, individually and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SALYER AMERICAN, a California Corporation; SALYER AMERICAN FRESH FOODS, INC., a California Corporation; SK FOODS, L.P., a California Limited Partnership; SK FROZEN FOODS, LLC, a California Limited Liability Company; THE SCOTT SALYER REVOCABLE TRUST; RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation; SCOTT SALYER, individually and doing business as SALYER AMERICAN; BANK OF THE WEST, a California banking Corporation; AGSTAR FINANCIAL SERVICES, PCA/FLCA; FCS FINANCIAL, PCA; STEVE FRANSON; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 09-05618 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PARTIES** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1), plaintiffs voluntarily dismiss from the above-captioned action, defendant SALYER AMERICAN without prejudice. All parties are to bear their own attorneys' fees and costs.

//

1

| | |
|---|---|
| Date: March 2, 2010 | FITZPATRICK, SPINI & SWANSTON |
| | |
| | /S/ CHARLES SWANSTON<br>Charles Swanston<br>Attorneys for Plaintiffs<br>FELISA ESTRADA and SERGIO ZAMORA |

# CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action; my business address is FITZPATRICK, SPINI & SWANSTON, 838 S. Main Street, Suite E, Salinas, California 93901.

On March 2, 2010, I served the foregoing document(s), described as

## NOTICE OF VOLUNTARY DISMISSAL OF PARTIES

on the interested parties in this action by placing a true copy thereof enclosed in a parcel and addressed as indicated below and by the following means:

Leland Saccone, Esq.
Patane Gumberg, LLP
4 Rossi Circle, Suite 231
Salinas, CA 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477
*Counsel for Salyer American*

XX — **(BY MAIL)** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**(BY OVERNIGHT DELIVERY)** I enclosed the document(s) in an envelope or package and addressed to the person(s) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

**(BY PERSONAL SERVICE)** I caused such document(s) to be delivered by hand to the office(s) of the addressee(s) during business hours.

**(BY E-MAIL OR ELECTRONIC TRANSMISSION)** By court order or by agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 2, 2010, at Salinas, California.

/S/
GLADYS RODRIGUEZ