ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Howard A. Sagaser     State Bar No. 72492
William M. Woolman     State Bar No. 145124
555 West Shaw Avenue, Suite C-1
P.O. Box 5394
Fresno, California 93755-5394
Telephone: (559) 225-6700
Facsimile: (559) 225-3416
hsagaser@aalrr.com
wwoolman@aalrr.com

Attorneys for STEVE FRANSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FELISA ESTRADA and SERGIO ZAMORA, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SALYER AMERICAN, a California corporation; SALYER AMERICAN FRESH FOODS, INC., a California corporation; SK FOODS, L.P., a California Limited Partnership; SK FROZEN FOODS, LLC, a California Limited Liability Company; THE SCOTT SALYER REVOCABLE TRUST; RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California corporation; SCOTT SALYER, individually and doing business as SALYER AMERICAN; BANK OF THE WEST, a California banking corporation; AGSTAR FINANCIAL SERVICES, PCA/FLCA; FCS FINANCIAL, PCA; STEVE FRANSON; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.    09-cv-05618-JW<br><br>**REQUEST TO APPEAR AT HEARINGS SCHEDULED FOR APRIL 2, 2010 BY TELEPHONIC APPEARANCE** |

Defendant STEVE FRANSON hereby moves to appear by telephonic appearance at the following motions set herein for hearing on April 2, 2010 at 9:00 a.m.:

1.     Defendant BANK OF THE WEST's Motion To Dismiss First Amended Complaint;

2. Defendant FCS FINANCIAL's Motion To Dismiss First Amended Complaint;

3. Defendant AGSTAR FINANCIAL's Motion To Dismiss First Amended Complaint; and

4. Defendant BANK OF THE WEST's Motion To Sever Cross-claims of FCS FINANCIAL, PCA and Counterclaim of BANK OF THE WEST

Defendant STEVE FRANSON is neither a moving nor responding party as to these motions, but rather simply seeks to monitor these proceedings. Counsel for Mr. FRANSON is located in Fresno, California. A personal appearance will require approximately six hours of travel time.

Dated: March 26, 2010

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /s/ William M. Woolman
Howard A. Sagaser
William M. Woolman
Attorneys for STEVE FRANSON

## ORDER

IT IS HEREBY ORDERED that counsel for Defendant STEVE FRANSON, William M. Woolman of Atkinson, Andelson, Loya, Ruud & Romo, may appear by telephonic appearance at the above-noted motions.

Dated: March 30, 2010

James Ware, United States District Court Judge

-2-