1 Larry J. Lichtenegger, Esq. [SBN 48206]
Lichtenegger Law Office
2 3850 Rio Road, #58
Carmel, CA 93923
3 Telephone: (831) 626-2801
Fax: (831) 620-1566
4
Attorneys for Defendants SALYER AMERICAN
5 FRESH FOODS, INC., a California Corporation; SK
FROZEN FOODS, LLC, a California Limited Liability
6 Company, THE SCOTT SALYER REVOCABLE
TRUST and SCOTT SALYER, individually and doing
7 business as SALYER AMERICAN

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

| | |
|---|---|
| 11  Felisa Estrada, et. al. | Case No.  CV09-05618 JW |
| 12                     Plaintiffs, | |
| 13  vs. | **ANSWER TO FIRST AMENDED COMPLAINT** |
| 14  Salyer American Fresh Foods, a California Corporation, et. al. | |
| 15                     Defendants. | |

17    Now come defendants SALYER AMERICAN FRESH FOODS, INC., a California

18 Corporation; SK FROZEN FOODS, LLC, a California Limited Liability Company, THE SCOTT

19 SALYER REVOCABLE TRUST and SCOTT SALYER, individually and doing business as

20 SALYER AMERICAN, and in answer to the Complaint on file herein, denies, generally and

21 specifically, conjunctively and disjunctively, each and every allegation of the First Amended

22 Complaint on file herein.

23 Dated: April 7, 2010                                      Lichtenegger Law Office

24                                                              /s/ ***Larry J. Lichtenegger***
                                                            Larry J. Lichtenegger
25                                                          Attorney for Defendants SALYER
                                                            AMERICAN FRESH FOODS, INC., a
26                                                          California Corporation; SK FROZEN FOODS,
                                                            LLC, a California Limited Liability Company,
27                                                          THE SCOTT SALYER REVOCABLE
                                                            TRUST and SCOTT SALYER, individually
28                                                          and doing business as SALYER AMERICAN

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
: ss
COUNTY OF MONTEREY )

I, the undersigned, declare that I am employed in the County of Monterey, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3850 Rio Road, #58, Carmel, California 93923.

On April 7, 2010, I served the **ANSWER TO FIRST AMENDED COMPLAINT** on the parties in this action by:

\_\_\_\_\_  personal service on the below-named party(ies) at the address(es) given.

\_\_\_\_x  E-Mail pursuant to agreement of the Parties. The addresses I used are listed below the names on the service list below.

\_\_\_\_  Facsimile pursuant to Rule 2008. Said document was sent to the below listed party(ies). The fax numbers I used are listed below the names on the service list below. The facsimile machine I used complied with Rule 2004, and no error was reported by the machine. Pursuant to Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

\_\_\_\_  depositing the sealed envelope(s) with the United States Postal Service with postage fully prepaid.

\_\_\_\_\_  placing a true copy thereof enclosed in a postage prepaid and sealed envelope for deposit, collection and mailing on the date and at the place shown above following this firm's ordinary business practices. I am readily familiar with this firm's business practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Carmel, California, and it was addressed as follows:

| | |
|---|---|
| B. JAMES FITZPATRICK, ESQ.<br>CHARLES SWANSTON, ESQ.<br>FITZPATRICK, SPINI & SWANSTON<br>Attorneys at Law<br>838 South Main Street, Suite E<br>Salinas, California 93901<br>Telephone: (831) 755-1311<br>Facsimile: (831) 755-1319<br>**cswanston@fandslegal.com** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Carmel, California, on the date written above.

*Larry J. Lichtenegger*
_____
Larry J. Lichtenegger

-2-