JEFFER, MANGELS, BUTLER & MITCHELL LLP
ROBERT B. KAPLAN (Bar No. 76950), rbk@jmbm.com
JOSEPH N. DEMKO (Bar No. 113104), jnd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant, Cross-Defendant and Counterclaimant
BANK OF THE WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELISA ESTRADA and SERGIO ZAMORA, individually and on behalf of other similarly situated persons,<br><br>           Plaintiffs,<br>     v.<br><br>SALYER AMERICAN, etc., et al.,<br><br>           Defendants<br><br>AND RELATED CROSS-ACTIONS | CASE NO.    CV 09-05618 LHK<br><br>[~~PROPOSED~~] ODER ON SUBSTITUTION OF ATTORNEY |

IT IS ORDERED THAT Defendant FCS Financial, PCA hereby substitutes Robert B. Kaplan, Esq. and Joseph N. Demko, Esq. of the law firm of Jeffer Mangels Butler & Mitchell LLP as their attorneys of record in place of S. Kirk Ingebretsen of Sander, Ingebretsen & Wake PC and Robert E. Schaberg, Esq. and the law firm of Shartsis Friese LLP.

DATED: October 6, 2010

_____
*Lucy H. Koh*
UNITED STATES DISTRICT COURT JUDGE

1042076v1                                                    - 1 -    [~~PROPOSED~~] ORDER ON SUBSTITUTION OF ATTORNEY