B. JAMES FITZPATRICK (Bar No.129056)
CHARLES SWANSTON (Bar No.181882)
FITZPATRICK, SPINI & SWANSTON
Attorneys at Law
838 South Main Street, Suite E
Salinas, California 93901
Telephone:  (831) 755-1311
Facsimile:   (831) 755-1319

Attorneys for Plaintiffs, FELISA ESTRADA and SERGIO ZAMORA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELISA ESTRADA and SERGIO ZAMORA, individually and on behalf of other similarly situated persons,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SALYER AMERICAN, a California Corporation; SALYER AMERICAN FRESH FOODS, INC., a California Corporation; SK FOODS, L.P., a California Limited Partnership; SK FROZEN FOODS, LLC, a California Limited Liability Company; THE SCOTT SALYER REVOCABLE TRUST; RHM INDUSTRIAL/SPECIALTY FOODS, INC., a California Corporation; SCOTT SALYER, individually and doing business as SALYER AMERICAN; BANK OF THE WEST, a California banking Corporation; AGSTAR FINANCIAL SERVICES, PCA/FLCA; FCS FINANCIAL, PCA; STEVE FRANSON; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. CV 09-05618 LHK<br><br>**REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 20, 2010, BY TELEPHONIC APPEARANCE** |

　　　　Plaintiffs FELISA ESTRADA and SERGIO ZAMORA hereby moves to appear by telephonic appearance at the Case Management Conference on December 20, 2010 at 2:00 p.m.

1

1  Counsel for plaintiffs is located in Salinas, California and has an all day deposition
2  scheduled on another matter on December 20, 2010.

Dated: December 6, 2010

RESPECTFULLY SUBMITTED,
FITZPATRICK, SPINI & SWANSTON


/s/ Charles Swanston
Charles Swanston
Attorneys for Plaintiffs
FELISA ESTRADA and SERGIO ZAMORA

ORDER

IT IS HEREBY ORDERED that counsel for Plaintiffs FELISA ESTRADA and SERGIO ZAMORA, Charles Swanston of Fitzpatrick, Spini & Swanston, may appear by telephonic appearance at the Case Management Conference on December 20, 2010.

Dated: _12/7/10___                          _____
                                            Lucy H. Koh, United States District Court Judge

2

*Estrada v. Salyer American*
Case No. CV 09-05618 LHK

Request to Appear at Case Management Conference Scheduled for December 20, 2010, by Telephonic Appearance