UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELISA ESTRADA et al., ) | Case No.:09-CV-05618-LHK |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER STAYING CASE |
| ) | |
| SALYER AMERICAN et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On December 29, 2010, Plaintiffs filed a stipulation agreeing with certain Defendants (including Scott Salyer, Salyer American Fresh Foods, Inc., the Scott Salyer Revocable Trust, and SK Frozen Foods, LLC) that this case be stayed until resolution of the criminal proceedings against Scott Salyer. At the Case Management Conference on December 20, 2010, counsel for Plaintiffs indicated that some Defendants currently named in this case would be dismissed, and the Court set a deadline of December 28, 2010 for filing any dismissals. In addition, counsel for Scott Salyer indicated that he believed some Defendants were improperly named or non-existent entities. The Court cannot enter a stay until these issues are resolved. Based on the dismissals previously granted, it appears that Defendant Salyer American Fresh Foods has not stipulated to a stay, and that all other Defendants have either stipulated to the stay or have been dismissed from the case. Therefore, the Plaintiffs are ordered to submit dismissals for any relevant Defendants, and to clarify that the stipulated stay is agreed to by all remaining Defendants in this matter. The Plaintiffs shall submit this additional information by January 10, 2011.

Case No.: 09-CV-05618-LHK
ORDER STAYING CASE

**IT IS SO ORDERED.**

Dated: January 3, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-05618-LHK
ORDER STAYING CASE