UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELISA ESTRADA et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> SALYER AMERICAN et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.:09-CV-05618-LHK <br><br> ORDER STAYING CASE AND CLOSING FILE |

On December 29, 2010, Plaintiffs filed a stipulation agreeing with certain Defendants (including Scott Salyer, Salyer American Fresh Foods, Inc., the Scott Salyer Revocable Trust, and SK Frozen Foods, LLC) that this case be stayed until resolution of the criminal proceedings against Scott Salyer. Plaintiffs have submitted additional information indicating that this stipulation has been accepted by all remaining Defendants in the case. Accordingly, the Court hereby orders that the case be STAYED until resolution of all criminal proceedings against Scott Salyer.

The Clerk shall administratively close the file. Any party may move to lift the stay and re-open the file within fifteen days after the criminal proceedings against Mr. Salyer conclude, or if a significant change of circumstances otherwise warrants lifting the stay.

**IT IS SO ORDERED.**

Dated: January 7, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-05618-LHK
ORDER STAYING CASE AND CLOSING FILE